CO-386-online
10/03

# United States District Court
# For the District of Columbia

Adduci Mastriani & Schaumberg LLP )
)
)
Plaintiff )
vs )
New Millennium Tools, Inc., Charles )
Minnick and Lyndol W. Hollingsworth, )
)
Defendant )

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Plaintiff, Adduci, Mastriani & Schaumberg, LLP_ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___N/A_____ which have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

Bar No. 386820
BAR IDENTIFICATION NO.

Louis S. Mastriani
Print Name

1200 Seventeenth Street, NW, 5th Fl.
Address

Washington, DC 20036
City          State          Zip Code

(202) 467-6300
Phone Number