CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Adducci Mastriani & Schaumberg
     Plaintiff(s)

vs.                                              Civil Action No. 1:08-cv-00990-PLF

Lyndol W. Hollingsworth, New Millennium Tools, Inc. and Charles Minnick
     Defendant(s)

### AFFIDAVIT OF MAILING

I, Louis S. Mastriani, hereby state that:

On the 9th day of June, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## New Millennium Tools, Inc. and Charles Minnick

I have received the receipt for the certified mail, No. 70042510000310361106 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th day of June, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

6/16/2008
(Date)                                                           (Signature)