CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADDUCI MASTRIANI AND )
    SCHAUMBERG LLP )
                      )
       Plaintiff )
                      )
       v. )      Civil Case Number 08-990 (JR)
                      )
                      )
LYNDON W. HOLLINGSWORTH,)      Category   M
    ET AL. )
                      )
       Defendants )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 18, 2008 from Judge Paul L. Friedman to Judge James Robertson by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                          JUDGE ELLEN S. HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:    Judge Friedman & Courtroom Deputy
         Judge Robertson & Courtroom Deputy
         Liaison, Calendar and Case Management Committee
         Civil Case Processing Clerk