IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADDUCI MASTRIANI & SCHAUMBERG L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> NEW MILLENNIUM TOOLS, et. al, <br><br> Defendants. | Civil Action No.: 1:08-cv-00990-JR |

**CONSENT MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants New Millenium Tools, LLC ("NMT") and Charles Minnick, by their undersigned counsel, respectfully submit this consent motion for an extension of time, until August 27, 2008, for Defendants to answer. Move or otherwise plead in response to Plaintiffs' Amended Complaint. As grounds for this Motion, defendants state as follows:

On or about June 25, 2008, an Oregon attorney named Pamela E. Yee accepted service of the Amended Complaint in writing, with the express limitation that her "representation in this matter is strictly limited to Acceptance of Service only." *See* Acceptance of Service attached hereto as Exhibit A. In other words, while Yee accepted service of the Amended Complaint, she made clear in doing so that she would not otherwise be representing Defendants in this case. As a result of Yee's acceptance of service, NMT and Minnick's date for responding to the Amended Complaint was 20 days from service, or July 15, 2008.

NMT and Minnick conducted a search for attorneys to represent them and respond to the Amended Complaint, and only recently were able to engage the undersigned to represent them in this case. In light of the aforesaid circumstances, Louis S. Mastriani, Esq., counsel for Plaintiff,

has graciously consented to the extension of time set forth above. Plaintiff has not yet filed for a default, and the deadline for Defendants to respond to the Amended Complaint has not been extended previously.

WHEREFORE, for the foregoing reasons, Defendants respectfully request an extension of time, until August 27, 2008, to answer, move or otherwise plead in response to Plaintiffs' Amended Complaint.

Respectfully submitted,

Peter J. Leyh, Esquire
BRAVERMAN KASKEY P.C.
1650 Market Street, 56th Floor
Philadelphia, PA  19102
(215) 575-3800
(215) 575-3801 (fax)
pleyh@braverlaw.com (e-mail)

Of Counsel:

 /s/ David M. Souders
David M. Souders, Esquire
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street NW 5th Floor
Washington, DC 20036-1609
(202) 628-2000
(202) 628-2011 (fax)
souders@wbsk.com (e-mail)

Attorneys for Defendants New Millenium Tools, LLC and Charles Minnick

Dated: July 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2008, a copy of the foregoing Consent Motion for an Extension of Time to Respond to Plaintiff's Amended Complaint was filed electronically in U.S. District Court and served upon the following counsel using the CM/ECF System:

> Louis S. Mastriani, Esquire
> ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
> 1200 17th Street, NW
> 5th Floor
> Washington, DC 20036-3006
> (202) 467-6300
> (202) 466-2006 (fax)
> mastriani@adduci.com (e-mail)

> /s/ David M. Souders
> David M. Souders, Esquire
> WEINER BRODSKY SIDMAN KIDER PC
> 1300 19th Street NW 5th Floor
> Washington, DC 20036-1609
> (202) 628-2000
> (202) 628-2011 (fax)
> souders@wbsk.com (e-mail)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADDUCI MASTRIANI & SCHAUMBERG L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> NEW MILLENIUM TOOLS, et. al, <br><br> Defendants. | Civil Action No.: 1:08-cv-00990-JR |

## ORDER

Upon consideration of the Consent Motion of Defendants New Millenium Tools, LLC and Charles Minnick for an Extension of Time to Respond to Plaintiffs' Amended Complaint, and for good cause shown;

**IT IS** on this ____ day of _____, 2008, hereby

**ORDERED** that the Consent Motion of Defendants New Millenium Tools, LLC and Charles Minnick for an Extension of Time to Respond to Plaintiffs' Amended Complaint be, and it is, **GRANTED**. It is further

**ORDERED** that defendants shall file a response to plaintiffs' Amended Complaint on or before August 27, 2008.

_____
**UNITED STATES DISTRICT JUDGE**