IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADDUCI MASTRIANI & SCHAUMBERG L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> NEW MILLENNIUM TOOLS, et. al, <br><br> Defendants. | Civil Action No.: 1:08-cv-00990-JR |

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.6, the undersigned counsel hereby give notice of their withdrawal as counsel of record for defendants New Millenium Tools, LLC ("NMT") and Charles Minnick. No trial date has been set in this matter and attached hereto is the consent of the parties that were previously represented by the undersigned counsel.

Respectfully submitted,

Peter J. Leyh, Esquire
BRAVERMAN KASKEY P.C.
1650 Market Street, 56th Floor
Philadelphia, PA  19102
(215) 575-3800
(215) 575-3801 (fax)
pleyh@braverlaw.com (e-mail)

  /s/ David M. Souders
David M. Souders, Esquire
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street NW 5th Floor
Washington, DC 20036-1609
(202) 628-2000
(202) 628-2011 (fax)
souders@wbsk.com (e-mail)

Dated:  August 18, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADDUCI MASTRIANI & SCHAUMBERG L.L.P.,

Plaintiff,

v.

NEW MILLENNIUM TOOLS, et. al,

Defendants.

Civil Action No.: 1:08-cv-00990-JR

## CONSENT TO WITHDRAWAL OF COUNSEL

The undersigned hereby consent to the withdrawal of the Braverman Kaskey PC and Wiener Brodsky Sidman Kider PC law firms as our attorneys in the this case.

_____        _____
LYNDOL HOLLINGSWORTH              CHARLES MINNICK

_____
NEW MILLENIUM TOOLS, LLC
BY: CHARLES MINNICK, PRESIDENT

August 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of August, 2008, that the foregoing Notice of Withdrawal was filed electronically and served on the following counsel of record by operation of the Court's ECF system:

Louis S. Mastriani
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1200 17th Street, NW
5th Floor
Washington, DC 20036-3006

/s/ David M. Souders
David M. Souders (DC Bar # 441491)