

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Adducci Mastriani & Schaumburg, LLP
Plaintiff,

VS.

New Millennium Tools, Inc., Charles Minnick
And Lyndol W. Hollingsworth

CASE

Case: 1:08-cv-00990
Assigned To: Robertson, James
Assign Date: 6/9/2008
Description: Contract

### MOTION FOR LEAVE TO LATE FILE

We the Defendants, (Messrs, Minnick, Hollingsworth, & New Millennium Tools), hereby request a leave to late file and have ample time to secure council to respond to this Complaint. Being located on the West Coast of the US and being virtually without funds, we have had extreme difficulty in obtaining counsel to represent us in this Complaint.

Signed _____
Charles Minnick
5591 SW Arctic Dr
Beaverton, OR 97005

9/3/08
Let this be filed.
Robertson USDJ